## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 1:21-CV-04529

**Plaintiff:**
**DAVID JACKSON**

vs.

**Defendant:**
**DISCOVER FINANCIAL SERVICES INC.**

For:
Ignacio Hiraldo
IJH Law
1200 Brickell Avenue
Suite 1950
Miami, FL 33131

Received by L & L Process to be served on **DISCOVER FINANCIAL SERVICES INC CT CORPORATION SYSTEM -REGISTERED AGENT, 208 SO LASALLE ST., SUITE 814, CHICAGO, IL 60604**.

I, Roger Burton, being duly sworn, depose and say that on the **30th day of August, 2021** at **1:33 pm, I:**

**served a CORPORATION** by delivering a copy of the **Summons in a Civil Case and Class Action Complaint**, to: **Martello Gillespi** as **Intake Specialist** for DISCOVER FINANCIAL SERVICES INC, at the address of: **208 SO LASALLE STREET, SUITE 814, CHICAGO, IL 60604**, and informed said person of the contents therein.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Black, Height: 5'9, Weight: 175, Hair: Black, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Roger Burton
117.001609

Subscribed and Sworn to before me on the 30th day of August, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
Yelena Ogulnik
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11/30/22

L & L Process
13876 SW 56 Street
Suite 200
Miami, FL 33175
(786) 504-5204

Our Job Serial Number: LLP-2021002963

