UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID JACKSON,<br><br>                Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES INC.,<br><br>                Defendant. | Case No.: 1:21-cv-04529<br>Honorable Gary Feinerman |

## NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION

Effective March 12, 2022, **Gary M. Klinger** has changed his law firm affiliation. All future service of documents in this matter may be made upon Mr. Klinger at:

>Gary M. Klinger
>**MILBERG COLEMAN BRYSON**
> **PHILLIPS GROSSMAN, PLLC**
>227 W. Monroe Street
>Suite 2100
>Chicago, IL 60606
>Telephone: (847) 208-4585
>gklinger@milberg.com

Gary M. Klinger will continue to represent Plaintiff and the Class.

Dated: April 18, 2022                                    Respectfully submitted,

                                                                 */s/ Gary M. Klinger*
                                                                 Gary M. Klinger
                                                                 **MILBERG COLEMAN BRYSON**
                                                                   **PHILLIPS GROSSMAN**
                                                                 227 W. Monroe Street, Suite 2100
                                                                  Chicago, IL 60606
                                                                  Tel.: (847) 208-4585
                                                                  gklinger@milberg.com

                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 18, 2022, I caused the foregoing Notice of Change of Law Firm to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all parties of record.

Dated: April 18, 2022                                    */s/ Gary M. Klinger*
                                                                                 Gary M. Klinger