UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Jackson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Discover Financial Services Inc.,<br><br>Defendant. | Case No.: 1:21-cv-04529<br><br>Honorable Nancy L. Maldonado |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

David Jackson ("Plaintiff"), with the consent of Discover Bank[1] ("Defendant"), respectfully moves this Court under Rule 23(e) for preliminary approval of the parties' class action settlement. The settlement, which followed more than a year of contested litigation, resolves the claims of Settlement Class Members under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

To that end, Defendant will create a non-reversionary, all-cash settlement fund of $1 million, from which participating Settlement Class Members will receive *pro rata* payments after deducting related settlement costs. Plaintiff anticipates a per-claimant recovery of between $40 and $110, which is well in line with, and in many cases surpasses, similar TCPA class settlements recently approved.

Plaintiff now seeks this Court's preliminary approval of the parties' class settlement, his appointment as class representative, and his counsel's appointment as class counsel for the following

---

[1] The proper defendant here is Discover Bank, not Discover Financial Services, Inc.

Settlement Class:

> All persons and entities throughout the United States (1) to whom Discover placed, or caused to be placed by one of its agents or vendors, a call, (2) directed to a telephone number assigned to a cellular service, (3) that used an artificial or prerecorded voice, (4) from August 25, 2017, through the date of the preliminary approval order, (5) where the subject of the call was a credit card account issued by Discover, and (6) where the recipient of the call was not a Discover customer.

As explained in the accompanying memorandum of law, Plaintiff's and the Settlement Class Members' claims are eminently suitable to class treatment, particularly in the context of the settlement presented. Furthermore, the resolution reached is fair and reasonable and should be preliminarily approved such that the parties may move forward with their proposed class notice program.

Submitted herewith is a proposed order of preliminary approval. Defendant does not oppose the relief sought.

Dated: December 1, 2022 /s/ *Michael L. Greenwald*
Michael L. Greenwald (*pro hac vice*)
Aaron D. Radbil
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Ignacio J. Hiraldo
IJH LAW
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
(786) 496-4469
ijhiraldo@ijhlaw.com

Manuel S. Hiraldo
HIRALDO P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
(954) 400-4713
mhiraldo@hiraldolaw.com

Michael Eisenband
EISENBAND LAW, P.A.
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
(954) 533-4092
MEisenband@Eisenbandlaw.com

*Counsel for Plaintiff and the proposed settlement class*

3