## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Jackson

       Plaintiff,

v.              Case No.: 1:21−cv−04529
              Honorable Nancy L. Maldonado

Discover Financial Services Inc.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

   MINUTE entry before the Honorable Nancy L. Maldonado:Final approval of class action settlement hearing held on 7/25/2023 via WebEx video conference. As stated on the record, the Court finds the settlement is fair, reasonable, and adequate. Plaintiff's unopposed motion for final approval of class action settlement [55] is granted. Plaintiff's motion for an award of attorneys' fees, costs, litigation expenses, and a service award fee [50] is granted. Order to follow. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.